IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ATERINTHIUS R. GILES,**

    **Petitioner,**

vs.                               **CASE NO. 5:11-cv-77/RS-EMT**

**KENNETH S. TUCKER,**

    **Respondent.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). Petitioner has not filed a response.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 15) is **GRANTED**.

3. The Amended Petition for Writ of Habeas Corpus (Doc. 5) is **DISMISSED with prejudice** as untimely.

4. A certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of a denial of a constitutional right.

**ORDERED** on January 5, 2012.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**